CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 0 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NIXON PLAISIR, ) | |
|     Petitioner, ) | Civil Action No. 7:06CV00470 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. James C. Turk |
|     Respondent. ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court. All pending motions are hereby **DENIED as MOOT**.

Plaisir is advised that he may appeal this decision pursuant to Federal Rules of Appellate Procedure 3 and 4 by filing a notice of appeal with this court within sixty (60) days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Federal Rule of Appellate Procedure 4(a)(5).

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Petitioner.

ENTER: This 10th day of July, 2007.

                                            */s/ James C. Turk*
                                            Hon. James C. Turk
                                            Senior United States District Judge